2017-Ohio-2912.]

**2017–0573.   State ex rel. Dilly v. Martin.**
In Prohibition.